No. 73–185. BURNS *v.* UNITED STATES;

No. 73–186. McCOLLUM ET AL. *v.* UNITED STATES; and

No. 73–5179. JENKINS *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 73–193. JEFFERSON *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 73–198. ABRAMS *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 73–214. CARDI *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 73–240. CHRISTOPHER *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 73–257. HAWKINS ET AL. *v.* NORTH CAROLINA BOARD OF DENTAL EXAMINERS. Ct. App. N. C. Certiorari denied.

No. 73–264. AMALGAMATED MEAT CUTTERS & BUTCHER WORKMEN OF NORTH AMERICA, AFL–CIO, ET AL. *v.* SAM KANE PACKING CO. ET AL. C. A. 5th Cir. Certiorari denied.

No. 73–266. BORYS *v.* UNITED STATES. Ct. Cl. Certiorari denied.

No. 73–268. POLCOVER *v.* SECRETARY OF THE TREASURY ET AL. C. A. D. C. Cir. Certiorari denied.